# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2153

_____

| | | |
|---|---|---|
| Randy G. Spencer, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Steve Moore; Lea Pemberton; Shawna | * | Western District of Missouri. |
| Montgomery; Michael Kimbrough; | * | |
| Kelley Steward; Krista Thompson; | * | **[UNPUBLISHED]** |
| Frank Dunnington; Harvey; Lori | * | |
| Bergener; Norma Beck; Steve Cline; | * | |
| Darcy Crees; Fontella Burton; Dale | * | |
| Campbell; Janet Meyers; Gary Hoover; | * | |
| Lori Cox; CMS, Inc.; Shawna | * | |
| Montgomery, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 5, 2002
Filed: July 9, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Randy G. Spencer appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1) and (2). Upon careful de novo review of the record, see Portley-El v. Brill, 288 F.3d 1063, 1065 (8th Cir. 2002), we conclude that Spencer's complaint was properly dismissed because it failed to state a claim upon which relief could be granted.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE FERNANDO J. GAITAN, JR., United States District Judge for the Western District of Missouri.